IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH WHITE, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 3:09-1059 |
| v. | ) JUDGE HAYNES |
| | ) ) |
| INTERSTATE DISTRIBUTOR COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

The final pretrial conference and trial in this action are **CONTINUED** pending the Court's ruling on the motion for summary judgment. (Docket Entry No. 27).

It is so **ORDERED**.

**ENTERED** this the 23rd day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge